**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| VINCENT ZUNIGA-TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA SWAIN, Warden,<br><br>　　　　Respondent. | Case No. EDCV 18-00127-R (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　IT IS ORDERED that Respondent's Second Motion to Dismiss is GRANTED; Respondent's First Motion to Dismiss is DENIED as moot, and that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 4, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE