**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| VINCENT ZUNIGA-TORRES,<br><br>    Petitioner,<br><br>    v.<br><br>CYNTHIA SWAIN, Warden,<br><br>    Respondent. | Case No. EDCV 18-00127-R (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 4, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE